# *Schedule*

| Line 1 | Claim No. | 1 |
| --- | --- | --- |
| Line 2 | Musical Composition | Fever |
| Line 3 | Writer(s) | John Davenport; Eddie Cooley |
| Line 4 | Publisher Plaintiff(s) | T/Q Music Inc. d/b/a Trio Music Company; Fort Knox Music, Inc. |
| Line 5 | Date(s) of Registration | 4/9/84 |
| Line 6 | Registration No(s). | RE 207-287 |
| Line 7 | Date(s) of Infringement | 04/02/2026 |
| Line 8 | Place of Infringement | The Clarks Lodge |

| Line 1 | Claim No. | 2 | |
| --- | --- | --- | --- |
| Line 2 | Musical Composition | Tainted Love | |
| Line 3 | Writer(s) | Ed Cobb | |
| Line 4 | Publisher Plaintiff(s) | Embassy Music Corporation | |
| Line 5 | Date(s) of Registration | 8/30/76 | |
| Line 6 | Registration No(s). | Eu 718047 | |
| Line 7 | Date(s) of Infringement | 2/14/26 | 4/2/26 |
| Line 8 | Place of Infringement | The Clarks Lodge | |

EXHIBIT 1

| Line 1 | Claim No. | 3 |
| --- | --- | --- |
| Line 2 | Musical Composition | Take On Me |
| Line 3 | Writer(s) | Magne Furuholmen a/k/a Mags Furuholmen; Pal Waaktaar; Morten Harket |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 9/9/85 |
| Line 6 | Registration No(s). | PA 274-789 |
| Line 7 | Date(s) of Infringement | 2/14/26 |
| Line 8 | Place of Infringement | The Clarks Lodge |

| Line 1 | Claim No. | 4 |
| --- | --- | --- |
| Line 2 | Musical Composition | Here Comes Your Man |
| Line 3 | Writer(s) | Charles Michael Kittridge Thompson IV a/k/a Black Francis |
| Line 4 | Publisher Plaintiff(s) | Charles M. K. Thompson, IV, an individual d/b/a Rice and Beans Music |
| Line 5 | Date(s) of Registration | 2/4/92 |
| Line 6 | Registration No(s). | PA 608-985 |
| Line 7 | Date(s) of Infringement | 04/02/2026 |
| Line 8 | Place of Infringement | The Clarks Lodge |

EXHIBIT 1